IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SUSAN HYLTON,

    Plaintiff,

v.                                                                                          No. CV 19-1155 KWR/CG

BOARD OF COUNTY COMMISSIONERS FOR
THE COUNTY OF DOÑA ANA, et al.,

    Defendants.

## ORDER GRANTING SECOND JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES

**THIS MATTER** is before the Court on the parties' *Second Joint Motion to Extend Case Management Deadlines* (the "Motion"), (Doc. 52), filed June 17, 2020. In the Motion, the parties explain that the ongoing public health crisis has thwarted some discovery and settlement efforts. (Doc. 52 at 1). As a result, the parties request a sixty-day extension of all current discovery and case management deadlines. *Id.* at 2. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the case management deadlines are amended in this case as follows:

| | |
|---|---|
| Plaintiff's Expert Deadline: | August 18, 2020 |
| Defendants' Expert Deadline: | September 18, 2020 |
| Discovery Deadline: | October 19, 2020 |
| Motions related to Discovery: | November 9, 2020 |
| Pretrial Motions: | November 20, 2020 |

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE