# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SUSAN HYLTON,

    Plaintiff,

v.                                                    No. CV 19-1155 KWR/CG

BOARD OF COUNTY COMMISSIONERS FOR
THE COUNTY OF DOÑA ANA, et al.,

    Defendants.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE
## ON DEFENDANTS' MOTION TO STAY DISCOVERY

**THIS MATTER** is before the Court on Defendants' *Motion to Stay Discovery Pending Ruling on Qualified Immunity* (the "Motion"), (Doc. 57), filed June 17, 2020. To facilitate a timely disposition of Defendants' Motion, the Court hereby enters an expedited briefing schedule.

**IT IS THEREFORE ORDERED** that Plaintiff's Response to Defendants' Motion is due no later than June 26, 2020. Defendants may file a Reply in support of their Motion no later than July 1, 2020.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE