**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

SUSAN HYLTON,

      Plaintiff,

v.                                                  No. CV 19-1155 KWR/CG

BOARD OF COUNTY COMMISSIONERS FOR
THE COUNTY OF DOÑA ANA, et al.,

      Defendants.

**ORDER VACATING STATUS CONFERENCE AND SETTING HEARING ON MOTION**

      **THIS MATTER** is before the Court on Defendants' *Motion to Stay Discovery Pending Ruling on Qualified Immunity* (the "Motion"), (Doc. 57), filed June 17, 2020. A hearing is hereby set on Defendants' Motion for **July 7, 2020, at 2:00 p.m.** Counsel shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959, to be connected to the hearing.

      **IT IS FURTHER ORDERED** that the previously scheduled status conference, set for July 16, 2020, is hereby **VACATED**.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE