IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SUSAN HYLTON,

    Plaintiff,

v.        No. CV 19-1155 KWR/CG

BOARD OF COUNTY COMMISSIONERS FOR
THE COUNTY OF DOÑA ANA, et al.,

    Defendants.

## AMENDED ORDER VACATING STATUS CONFERENCE AND SETTING HEARING ON MOTION

**THIS MATTER** is before the Court on counsel's notice of unavailability. A hearing is hereby set on Defendants' Motion for **July 9, 2020, at 2:00 p.m.** Counsel shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959, to be connected to the hearing.

**IT IS FURTHER ORDERED** that the previously scheduled status conference, set for July 16, 2020, is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE