IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SUSAN HYLTON,

    Plaintiff,

v.                                                             CV No. 19-1155 KWR/CG

BOARD OF COUNTY COMMISSIONERS FOR
THE COUNTY OF DOÑA ANA, et al.,

    Defendants.

**ORDER GRANTING DEFENDANTS' MOTION TO STAY
DISCOVERY PENDING RULING ON QUALIFIED IMMUNITY**

**THIS MATTER** is before the Court on *Defendants' Board of County Commissioners for the County of Doña Ana, Tiara Gamboa, Aurora Terrazas and Vicki Hooser's June 17, 2020 Motion to Stay Discovery Pending Ruling on Qualified Immunity* (the "Motion"), (Doc. 57), *Plaintiff's Response in Opposition to Defendants' Motion to Stay Discovery* (the "Response"), (Doc. 63), *County Defendants' Reply* (the "Reply"), (Doc. 65), and hearing arguments of the parties on July 9, 2020. The Court, having reviewed the Motion, the Response, the Reply, and the arguments of counsel, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that discovery in this matter is **STAYED** pending resolution of the County Defendants' *Motion for Summary Judgment on the Basis of Qualified Immunity*, (Doc. 54).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE