# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable Carmen E. Garza**
**Chief United States Magistrate Judge**

**Clerk's Minutes**

**Susan Hylton v. Board of County Commissioners, et al.**

**CV 19-1155 KWR/CG**

**April 22, 2021**

---

| | |
|---|---|
| For Plaintiff: | Alyssa Quijano |
| For Defendants: | Damian Martinez |
| | Haley Grant |
| Proceeding: | Telephonic Settlement Discussions |

The Court participated in telephonic settlement discussions with counsel, leading to a settlement in this matter. The Court will enter an order directing the parties to submit closing documents no later than May 24, 2021.

Clerk: crc
2 hours