**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

SUSAN HYLTON,

    Plaintiff,

v.                                            CV No. 19-1155 KWR/CG

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF DONA ANA, et al.,

    Defendants.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon notice that the case has settled. **IT IS HEREBY ORDERED** that the parties shall submit closing documents by **May 24, 2021**. If the need for an extension arises, the parties are instructed to file a formal motion on the record.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE