IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SUSAN HYLTON,

        Plaintiff,

v.                                Cause No.    2:19-cv-01155-KWR-CG

BOARD OF COUNTY COMMISSIONERS FOR
THE COUNTY OF DOÑA ANA, TIARA GAMBOA,
AURORA TERRAZAS, and VICKI HOOSER,

        Defendants.

**ORDER GRANTING MOTION TO DISMISS DEFENDANT BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF DOÑA ANA, TIARA GAMBOA, AURORA TERRAZAS, AND VICKI HOOSER WITH PREJUDICE PURSUANT TO A SETTLEMENT AGREEMENT**

**THIS MATTER** having come before the Court on the *Joint Motion to Dismiss with Prejudice* (Doc. 109) to dismiss the entirety of Plaintiff's claims against Defendant Board of County Commissioners for the County of Doña Ana, Tiara Gamboa, Aurora Terrazas, and Vicki Hooser with prejudice pursuant to a settlement agreement; the Court having reviewed its file and being otherwise sufficiently advised in the premises, **FINDS** that the Motion is **WELL-TAKEN** and should be **GRANTED.**

**IT IS THEREFORE ORDERED** that all of Plaintiff's claims against Defendant Board of County Commissioners for the County of Doña Ana, Tiara Gamboa, Aurora Terrazas, and Vicki Hooser in this case be, and hereby are, **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

                                                              _____
                                                              **KEA W. RIGGS**
                                                              **UNITED STATES DISTRICT JUDGE**

Respectfully submitted,

MYNATT MARTÍNEZ SPRINGER P.C.

/s/ Damian L. Martínez
DAMIAN L. MARTÍNEZ
N.M. Bar No. 14678
P.O. Box 2699
HALEY R. GRANT
N.M. Bar No. 145671
Las Cruces, NM 88004-2699
(575) 524-8812
dlm@mmslawpc.com
hrg@mmslawpc.com
*Attorneys for Defendants*

COYTE LAW, P.C.

Approved Via Email 5.10.21
MATTHEW E. COYTE
ALYSSA QUIJANO
3800 Osuna Road NE, Suite 2
Albuquerque, NM 87109
(505) 244-3030
mcoyte@me.com
aquijano@coytelaw.com
*Attorneys for Plaintiff*